IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-CR-108 |
| vs. | : | District Judge Thomas M. Rose |
| Robert R. Yates, | : | |
| Defendant. | : | |

---

### DECISION AND ENTRY GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ONE DAY FURLOUGH (DOC. 23) UPON CERTAIN STATED CONDITIONS

---

On Friday, January 4, 2013, the Defendant having appeared in Open Court for final disposition, requested a modification to his Order of Detention for the purposes of visiting his mother Wanda E. Little, a bed-bound quadriplegic. Ms. Little currently resides at Bellbrook Rehab and Healthcare Center, 1957 N. Lakeman Drive in Bellbrook, Ohio. Following final disposition, the Defendant was remanded to the custody of the United States Marshal to be incarcerated at Shelby County Jail before designation.

IT IS THE ORDER OF THE COURT that the Defendant's Unopposed Motion for One Day Furlough Pursuant to 18 U.S.C. § 3145(b) (doc. 23) be GRANTED with conditions. The Defendant is to be released to the custody of his sister, Arlisha Floyd, on **Thursday, January 10, 2013 at 11:00 am** from Shelby County Jail. Prior to the Defendant's release, Ms. Floyd shall meet with United States Probation Officer, Melissa Stidham, to discuss logistics and travel arrangements. Defendant is to immediately proceed to Bellbrook Rehab and Healthcare Center and remain at said facility until his return on **Thursday, January 10, 2013 at 4:00 pm** to the United States Marshals' Office located at 200 West Second Street in Dayton, Ohio. Should the Defendant fail to report by **4:00 pm on Thursday, January 10, 2013,** a warrant shall be issued.

Should the officials at the Shelby County Jail have any questions as to the authenticity of this document, the undersigned can be reached at 937-512-1600.

IT IS SO ORDERED.

Dated: January 7, 2013

Thomas M. Rose, Judge
United States District Court